IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moutry-Fleming, Laura F

Printed: 7/29/08

Case Number: 07 B 15214
Judge: Goldgar, A. Benjamin
Filed: 8/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  June 17, 2008
         Confirmed:  October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 540.00 |  |
| Secured: |  | 510.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 29.16 |
| Other Funds: |  | 0.00 |
| Totals: | 540.00 | 540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Deer & Stone | Administrative | 2,774.00 | 0.00 |
| 2. | W S Badcock Corp | Secured | 0.00 | 0.00 |
| 3. | Sunbelt Credit Corp Of Florida | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 1,827.14 | 56.27 |
| 5. | Nuvell Credit Company LLC | Secured | 7,590.33 | 454.57 |
| 6. | Illinois Dept of Revenue | Priority | 507.96 | 0.00 |
| 7. | Jerome Citron | Unsecured | 292.97 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 12.46 | 0.00 |
| 9. | ER Solutions | Unsecured | 51.34 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 25.03 | 0.00 |
| 11. | Jessica London | Unsecured | 19.80 | 0.00 |
| 12. | State Fo Florida Dept Of Juvenile | Unsecured | 70.08 | 0.00 |
| 13. | Florida Otolaryngology Group | Unsecured | 4.80 | 0.00 |
| 14. | Municipal Collection Services | Unsecured | 30.00 | 0.00 |
| 15. | Embarq Florida Inc | Unsecured | 131.30 | 0.00 |
| 16. | Sage Telecon | Unsecured | 56.59 | 0.00 |
| 17. | Capital One | Unsecured | 140.14 | 0.00 |
| 18. | Nuvell Credit Company LLC | Unsecured | 1,046.84 | 0.00 |
| 19. | Americas Financial Choice Inc | Unsecured | 35.35 | 0.00 |
| 20. | Nicor Gas | Unsecured | 49.44 | 0.00 |
| 21. | Deer & Stone | Priority |  | No Claim Filed |
| 22. | Allied Interstate | Unsecured |  | No Claim Filed |
| 23. | Allen Lewis & Associates | Unsecured |  | No Claim Filed |
| 24. | Allied Creditor Service | Unsecured |  | No Claim Filed |
| 25. | Allied Interstate | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Moutry-Fleming, Laura F | Case Number: 07 B 15214 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 8/22/07 |

| | | | | |
|---|---|---|---|---|
| 26. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 27. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 28. | Asset Acceptance | Unsecured | | No Claim Filed |
| 29. | AT&T | Unsecured | | No Claim Filed |
| 30. | Blitt & Gaines | Unsecured | | No Claim Filed |
| 31. | Black Expressions | Unsecured | | No Claim Filed |
| 32. | Cent Fl Ped Sleep Disorder | Unsecured | | No Claim Filed |
| 33. | Collectech Systems | Unsecured | | No Claim Filed |
| 34. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 35. | Collection Bureau Orlando | Unsecured | | No Claim Filed |
| 36. | Mitchell N Kay | Unsecured | | No Claim Filed |
| 37. | Comcast | Unsecured | | No Claim Filed |
| 38. | Corporate Collections | Unsecured | | No Claim Filed |
| 39. | Country Hill Animal Hospital | Unsecured | | No Claim Filed |
| 40. | Edifi | Unsecured | | No Claim Filed |
| 41. | Credit Protection Association | Unsecured | | No Claim Filed |
| 42. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 43. | Island National Group | Unsecured | | No Claim Filed |
| 44. | Frost Arnette Co | Unsecured | | No Claim Filed |
| 45. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 46. | Lifetouch National School Studios | Unsecured | | No Claim Filed |
| 47. | Lake Tivoli Apartments | Unsecured | | No Claim Filed |
| 48. | Maf Coll Svc | Unsecured | | No Claim Filed |
| 49. | National Asset Recovery | Unsecured | | No Claim Filed |
| 50. | Online Collection | Unsecured | | No Claim Filed |
| 51. | NCO/Progressive Ins Co | Unsecured | | No Claim Filed |
| 52. | MBI | Unsecured | | No Claim Filed |
| 53. | First Arnett Company | Unsecured | | No Claim Filed |
| 54. | Southern Management | Unsecured | | No Claim Filed |
| 55. | Progress Energy | Unsecured | | No Claim Filed |
| 56. | South Suburban Dental Center | Unsecured | | No Claim Filed |
| 57. | Uhaul Storage | Unsecured | | No Claim Filed |
| 58. | Omnimum Services | Unsecured | | No Claim Filed |
| 59. | Active Credit Service | Unsecured | | No Claim Filed |
| 60. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 61. | US Bank | Unsecured | | No Claim Filed |
| 62. | Washington Memory Gardens | Unsecured | | No Claim Filed |
| 63. | Village of Park Forest | Unsecured | | No Claim Filed |
| 64. | Wellgroup Health Partners | Unsecured | | No Claim Filed |
| 65. | West Asset Management | Unsecured | | No Claim Filed |
| 66. | Unique National Collection | Unsecured | | No Claim Filed |
| 67. | Worldwide Adjusters Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,665.57 | $ 510.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moutry-Fleming, Laura F | Case Number: 07 B 15214 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 8/22/07 |

$ 29.16

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

